UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CINDY EBERT,

                            Plaintiff,

    v.

STUART-LIPPMAN & ASSOCIATES, INC.,

                          Defendant.

Case No. 2:15-cv-02342-GMN-PAL

ORDER

Before the court is the parties' Notice of Settlement (Dkt. #13) in which the parties advise that they have come to a global settlement of this matter.  The parties anticipate having the stipulation to dismiss filed within 60 days.  Accordingly,

**IT IS ORDERED** that the parties shall have until **March 28, 2016**, to either file the stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

DATED this 28th day of January, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE