Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Cindy Ebert*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CINDY EBERT, | Case No.: 2:15-cv-02342-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF DEFENDANT STUART-LIPPMAN & ASSOCIATES, INC.** |
| STUART-LIPPMAN & ASSOCIATES, INC., | |
| Defendant. | |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Cindy Ebert and Defendant Stuart-Lippman & Associates, Inc. ("Defendant") stipulate to:

(1) dismiss with prejudice Plaintiff's claims against Defendant; and

(2) dismiss without prejudice the putative class claims against Defendant.

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of March 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Sessions, Fishman, Nathan & Israel, L.L.C.**

By: /s/ Whitney L. White
Whitney L. White, Esq.
James Kevin Schultz, Esq.
Shannon G. Splaine, Esq.
3960 Howard Hughes Pkwy., Ste. 200
Las Vegas, NV 89169
*Attorneys for Stuart-Lippman & Associates, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 22, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 15, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT STUART-LIPPMAN & ASSOCIATES, INC. was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
 Michael Kind
 7854 W. Sahara Avenue
 Las Vegas, NV 89117